UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN STOUTE,<br>Plaintiff,<br><br>v.<br><br>RALPH MARTIN, et al.,<br>Defendants. | Civil Action No.<br>20-10470-NMG |

ORDER

**GORTON, J.**

Plaintiff Stephen Stoute ("Stoute") initiated this action by filing a pro se civil rights complaint naming as defendants several officials and employees of Northeastern University as well as the Chairwoman of the Massachusetts Commission Against Discrimination ("MCAD") and an MCAD investigator. See Docket No. 1. With the complaint, Stoute filed a motion for leave to proceed in forma pauperis. See Docket No. 2. Stoute subsequently filed ten documents seeking to add defendants or additional statements of fact. See Docket Nos. 4 – 13.

By Memorandum and Order dated July 22, 2020, Stoute was granted leave to proceed in forma pauperis and was advised that the complaint failed to state a claim. See Docket No. 15. If Stoute wished to proceed with this action, the Court granted him 21 days to file an amended complaint curing the pleading deficiencies of the original complaint and setting forth plausible claims upon which relief may be granted. Id.

On August 21, 2020, a copy of the July 22, 2020 Order was returned to the court as undeliverable.  See Docket No. 16.  Apparently, Stoute is no longer at the address he provided the court.  He failed to inform the court of his new address as required under this Court's local rules.  See District of Massachusetts Local Rule 83.5.5(h) (requiring pro se litigants to inform the clerk of any change of address within 14 days of the change).

The Supreme Court has recognized that district courts have inherent power to dismiss cases for failure to prosecute.  See Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").  The court is not required to delay disposition in this case until such time as plaintiff decides to comply with the requirement of providing his current address.  Based upon the foregoing, it is hereby Ordered that this action is DISMISSED without prejudice.  The clerk shall enter a separate order of dismissal.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: ~~August~~ Sept 17, 2020