To: Civil Clerk for Federal Court for the District of Massachusetts

From: Stephen Stoute

RE: Additional Defendants

Date: December 29, 2021

I Stephen Stoute, the Plaintiff motion the court to add the following Defendants to Stoute v. Ralph C Martin at el

1. Jeffrey S. Bornstein in his official capacity as board of trustees for Northeastern University and in his individual capacity.
2. Edward G. Galante in his official capacity as board of trustees for Northeastern University and in his individual capacity.
3. Chaitanya 'Chet' Kanojia in his official capacity as board of trustees for Northeastern University and in his individual capacity.
4. Joseph M. Tucci in his official capacity as board of trustees for Northeastern University and in his individual capacity.
5. David L. House in his official capacity as board of trustees for Northeastern University and in his individual capacity.

All Rights Reserved