UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN STOUTE,<br>Plaintiff,<br><br>v.<br><br>RALPH MARTIN, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 20-10470-NMG<br>)<br>)<br>)<br>)<br>) |

ORDER

GORTON, J.

On April 8, 2022, pro se plaintiff Stephen Stoute ("Stoute") filed a one-page letter stating that he had filed a motion to reopen and demanding that this case be reopened. See Docket No. 26. Two days earlier, on April 6, 2022, Stoute's motions, including his motion to reopen, were denied. See Docket No. 25.

Apparently Stoute filed the letter before receiving a copy of the court's April 6, 2022 Order.

For the reasons stated in the court's order, this action remains closed. The Clerk shall mail a copy of this Order to Stoute at 47 Orange Street, Chelsea, MA  02150.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: April 12, 2022